MN-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Kimberly Stickfort                    Chapter 7 Case No. 10-37946

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| HSBC Bank Nevada<br>Bass & Associates PC<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | 4 | $147.89 | $4.72 |

Dated: June 8, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

